FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

DENT 230883
(Last Name)    (Identification Number)

D'ANGELO    DEMON
(First Name)    (Middle Name)

EMCF (East Mississippi Correctional Facility)
(Institution)

10641 HWY 80W Meridian, MS 39307
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

V.    CIVIL ACTION NUMBER: 3:25-cv-540-CWR-ASH
(to be completed by the Court)

Sanford Earl Knotts
Hinds County Sheriff's Department
Mississippi Bar Association

(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
Yes (✓)    No ( )

B. Are you presently incarcerated?
Yes (✓)    No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
Yes ( )    No (✓)

D. Are you presently incarcerated for a parole or probation violation?
Yes ( )    No (✓)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( )    No (✓)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
Yes (✓)    No ( )

Page 1 of 4

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: DeAngelo Dent       Prisoner Number: 230363

Address: EMCF [East Mississippi Correctional Facility] 10641 HWY 80W Meridian, MS 39307

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Sanford Earl Knotts       is employed as a private attorney legal advisor       at Sanford Knotts & Associates

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME:                              ADDRESS:

DEFENDANT(S):

NAME:                              ADDRESS:

| OTHER LAWSUITS FILED BY PLAINTIFF |
|---|
| **NOTICE AND WARNING**<br>The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed. |

A. Have you ever filed any lawsuits in a court of the United States?   Yes (   )   No ( ✓ )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
1. Parties to the action: _____

    _____

2. Court (if federal court, name the district; if state court, name the county): _____

    _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

    _____

CASE NUMBER 2.
1. Parties to the action: _____

    _____

2. Court (if federal court, name the district; if state court, name the county): _____

    _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

    _____

Page 3 of 4

**STATEMENT OF CLAIM**

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

Janez Smith (72) (Grandmother)
Kimberly Hampton (41) (Fiancee) when was present the September 11th Court date in front of Judge Lorita Cooper-Stokes in which he changed the criminal case to a civil case which should have had me transported to FOA (friends of Alcohol Anonymous Vicksburg, MS) which NEVER happened because of Hinds County Sheriff Department Transportation have me show up at 10:47 to a engagement that was scheduled to be held at 9:00 that day (no fault of mines; and yes this would have had an adverse effect on my case)

**RELIEF**

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Payments received refunded; and pain and suffering for the lost of love ones lost during the waiting process; and promises rendered to be sent to FOA Vicksburg, MS as agreed upon if court proceeding would have went through.

Signed this 5th day of November, 2021.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_____
Signature of plaintiff

Subscribed and sworn to before me in my presence, this 5 day of Nov 2021, a Notary Public in and for the County of Lauderdale State of MS

Casey Newell
(Signature)   Notary Public
My Commission Expires Jan 18, 2025

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 270020
CASEY NEWELL
Commission Expires
Jan. 18, 2025
LAUDERDALE COUNTY

Exhibit III.] Jorez Smith (72) (Grandmother) Whom thought it would be a conflict of interest showing up to the court proceeding knowing presiding Judge Lorita Cooper Smith-Stokes was kin to her side of the family which is now my FIANCEE Kimberly Hampton (41) whom showed up in place of my Grandmother whom also had transportation issue at the time, and did not want to be present because she felt as though it would be a conflict of interest so she did not attend due to the promise of Sanford Knox-Knots when stated because of the backed up court dockets and his favor with M. Priester she was not worried since they had his excuse for taking forever to get the case settled

Exhibit IV.] Payments received refunded, and pain and suffering for the love cries of lost during the wait of these promises rendered as well as a chance to do the treatment as promised for my psychiatric history by being sent to FAA (friends of alcohol anonymous Vicksburg, MS) instead of this prison Sentence which is frivolous for a first time offender basically under the circumstances a second chance at life so I can handle my responsibilities as a non paid towards my child support in which I am at an behind in payments due to the backed up court dockets in Hinds County, and furthermore being incarcerated this one engagement could've changed my situation please consider this....

Exhibit IV] payments received refunded ($5000) and pain and suffering for the loved ones I lost during the pandemic (COVID-19) during the wait of these promises rendered as well as a chance to do the treatment as promised for my psychiatric history by being sent to FOA (Friends of Alcohol anonymous Vicksburg, MS) instead of this prison sentence which is frivolous for a first time offender basically under the circumstances a second chance at life so I can handle my responsibilities as a man; and toward child support in which I am not an behind in payments due to the backed up court dockets in Hinds County, and further more being incarcerated this one engagement could've changed my situation please look into this matter with Godspeed

Exhibit VI] Melissa Selman Scott no sponsor on the behalf of the Mississippi BAR that Sanford Earl Knotts would have to present a time sheet as to the hours he put into my case or he would have to REFUND MY MONEY SEE "EXHIBIT A" Attached INSTEAD HE BREACHED CONTRACT BY GIVING CASE BACK TO PUBLIC DEFENDER'S OFFICE THUS, PUTTING ME AT DOUBLE JEOPARDY with ill prepared state paid officials WHICH IS WAY BEYOND INEFFECTIVE ASSISTANCE OF COUNSEL 3.5 Lawyer's Rules of professional conduct Impartiality and Decorum at the Tribunal meaning he went against EVERYTHING A LAWYER STANDS FOR

TO WHOM IT MAY CONCERN: Relief Sought

Payments received refunded; and pain and suffering for the loss of loved ones lost during the waiting process; and promises rendered to be sent to FOA (Vicksburg, MS) as agreed upon if court proceeding would have went through Exhibit III [Janez Smith (72) (Grandmother)] whom thought it would be a conflict of interest showing up to the court proceeding knowing presiding Judge Loretta Cooper Smith-Stokes was kin to her side of the family which is why my FIANCEE Kimberly Hampton (41) whom showed up in place of my Grandmother whom also had transportation issue at the time; and did not want to be present because she felt as though it would be a conflict of interest so she did not attend due to the promise of Sanford Earl Knott's when stated because of the backed up court dates/dockets and his favor with Melvin Priester SR. whom retired since then was his EXCUSE for taking forever to get the case settled [Court date Sept 9th, 2019 NEVER HAPPENED DUE TO HCSP having ME ARRIVE AT A COURT PROCEEDING WHICH SHOULD'VE TAKEN PLACE @ 9:00 arriving @ 10:46 a.m. NO FAULT OF MINES IN I WOULD'VE NEVER CAME TO PRISON

To: Clerk's Office, Northern Division 501 E. Court Street Ste 2.500 Jackson, MS